UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AT&T CAPITAL SERVICES, INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>T&W INDUSTRIES, INC., et al.,<br><br>Defendant(s). | No. C09-2591 SI (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

The parties are **ORDERED** to proceed in accordance with the joint letter of November 6, 2009. The Settlement Conference is continued to **Thursday, January 21, 2010 at 9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Parties shall submit supplemental settlement conference statements **seven days** prior to the Settlement Conference advising the Court the status of the settlement discussions. If the case settles prior to the

///

///

1

January 21, 2010 Settlement Conference, the parties shall advise the Court immediately.

Dated: November 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge