Steven N.H. Wood, Esq. (CA SBN 161291)
David W. Anderson, Esq. (CA SBN 167862)
Christopher J. Schweickert, Esq. (CA SBN 225942)
BERGQUIST, WOOD & ANDERSON, LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
dwa@wcjuris.com
cjs@wcjuris.com

Attorneys for Defendants and Cross-Claimants
T&W INDUSTRIES, INC., STEVEN TARPLEY, and KENNETH WILKENS

BERGQUIST, WOOD & ANDERSON, LLP
ATTORNEYS AT LAW
1470 MARIA LANE, SUITE 300
WALNUT CREEK, CALIFORNIA 94596
(925) 938-6100 FACSIMILE (925) 938-4354

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

**AT&T CAPITAL SERVICES, INC., a Delaware corporation, and SBC GLOBAL SERVICES, INC., a Delaware corporation,**

**Plaintiffs,**

**v.**

**T&W INDUSTRIES, INC. f/k/a NEWCAL INDUSTRIES, INC., and successor in interest to NEWCAL INDUSTRIES, LLC, a California corporation; STEVEN TARPLEY, an individual; and KENNETH WILKENS, an individual,**

**Defendants.**

**T&W INDUSTRIES, INC., a California corporation; STEVEN TARPLEY, an individual; and KENNETH WILKENS, an individual,**

**Cross-Claimants,**

**v.**

**AT&T CAPITAL SERVICES, INC., a Delaware corporation; AT&T DATACOMM, INC., an Illinois corporation; and SBC GLOBAL SERVICES, INC., a Delaware corporation,**

**Cross-Defendants.**

**Case No. C09-2591 SI (BZ)**

**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**

BERGQUIST, WOOD & ANDERSON, LLP
ATTORNEYS AT LAW
1470 MARIA LANE, SUITE 300
WALNUT CREEK, CALIFORNIA 94596
(925) 938-6100 FACSIMILE (925) 938-4354

Upon the request by Defendants/Cross-Claimants to continue the Mandatory Settlement Conference scheduled for January 21, 2010 due to their newly-discovered inability to personally attend because of a corporate conflict, and Plaintiff/Cross-Defendants' courteous stipulation to that request, Plaintiff and Cross-Defendants AT&T CAPITAL SERVICES, INC. and SBC GLOBAL SERVICES, INC., Cross-Defendant AT&T DATACOMM, INC., and Defendant and Cross-Claimants T&W INDUSTRIES, INC, STEVEN TARPLEY and KENNETH WILKENS, through their counsel, hereby stipulate as follows:

1. To continue the January 21, 2010 Mandatory Settlement Conference to March 23, 2010 at 9:00 a.m.

Dated: January 15th, 2010

FRANKE GREENHOUSE LIST& LIPPITT LLP

Paul R. Franke, III
Attorneys for Plaintiff and Cross-Defendants
AT&T CAPITAL SERVICES, INC. and
SBC GLOBAL, INC. and Cross-Defendant
AT&T DATACOMM, INC.

Dated: January 15, 2010

BERGQUIST, WOOD & ANDERSON, LLP

Steven N.H. Wood, Esq.
Attorneys for Defendants and Cross-Claimants
T&W INDUSTRIES, INC., STEVEN TARPLEY, and
KENNETH WILKENS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Bernard Zimmerman

**GRANTED**. No further continuances.
Dated: January 19, 2010