UNITED STATES DISTRICT COURT

Northern District of California

AT&T CAPITAL SERVICES

     Plaintiff(s),      No. C 09-02591 MEJ
 v.
                **NOTICE OF REASSIGNMENT**
T&W INDUSTRIES

     Defendant(s).
_____/

  This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

  As the parties are scheduled to appear before Magistrate Judge Bernard Zimmerman for a settlement conference on March 23, 2010, the Court shall not schedule any case management deadlines at this time. The parties shall file a joint status report within 14 days from the settlement conference.

  **IT IS SO ORDERED.**

Dated: February 18, 2010

                    _____
                    Maria-Elena James
                    Chief United States Magistrate Judge