1  TOMIO B. NARITA (SBN 156576)
   SIMMONDS & NARITA LLP
2  44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104
   Telephone:  (415) 283-1000
4  Facsimile:  (415) 352-2625
   Email:  tnarita@snllp.com
5
   PAUL R. FRANKE, III (CO. BAR #12275)
6  STEPHANIE D. LOUGHNER (CO. BAR #35472)
   FRANKE GREENHOUSE LIST & LIPPITT, LLP
7  1228 15th Street, 2nd Floor
   Denver, Colorado 80202
8  Telephone:  (303) 623-4500
   Facsimile:   (303) 623-0960
9  Email: pfranke@fgll-law.com
           sloughner@fgll-law.com
10
   Attorneys for Plaintiffs/Cross-Defendants
11 AT&T Capital Services, Inc., SBC Global Services, Inc.
   and AT&T Datacomm, Inc.
12
13 STEVEN N.H. WOOD (CA SBN 161291)
   BERGQUIST, WOOD & ANDERSON, LLP
14 1470 Maria Lane, Suite 300
   Walnut Creek, CA  94596
15 Telephone: (925) 938-6100
16 Facsimile:  (925) 938-4354
   Email:  wood@wcjuris.com
17 Attorneys for Defendants/Cross-Claimants

18                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
19               SAN FRANCISCO, OAKLAND DIVISION

20

| | |
|---|---|
| AT&T CAPITAL SERVICES, INC., a Delaware corporation, and SBC GLOBAL SERVICES, INC.,  a Delaware corporation,<br><br>                    Plaintiffs,<br><br>              v.<br><br>T&W INDUSTRIES, INC. f/k/a NEWCAL INDUSTRIES, INC., and successor in interest to NEWCAL INDUSTRIES, LLC, a California corporation; STEVEN TARPLEY, an individual; and KENNETH WILKENS, an individual,<br><br>                    Defendants. | Case No. C 09-02591 SI<br>Judge:  Hon. Susan Illston<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-
_____
STIPULATION FOR DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | T&W INDUSTRIES, INC., a California corporation; STEVEN TARPLEY, an individual; and KENNETH WILKENS, an individual, |
| 3 | |
| 4 | Cross-Claimants, |
| 5 | v. |
| 6 | AT&T CAPITAL SERVICES, INC., a Delaware corporation; AT&T DATACOMM, INC., an Illinois corporation; and SBC GLOBAL SERVICES, INC., a Delaware corporation, |
| 7 | |
| 8 | Cross-Defendants. |

Plaintiffs/Cross-Defendants AT&T Capital Services, Inc. and SBC Global Services, Inc., Cross-Defendant AT&T Datacomm, Inc. and Defendants/Cross-Claimants T&W Industries, Inc., Steven Tarpley and Kenneth Wilkens, hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41, because all matters in controversy in this lawsuit have been resolved by settlement (the "Settlement").  This Court shall retain jurisdiction over the parties to enforce such Settlement agreement.  Based on such Settlement and subject thereto, the parties stipulate that the above-captioned lawsuit and each of their respective claims there under are dismissed with prejudice.  All claims asserted in the lawsuit and any claims arising out of or relating matters and/or transactions that are the subject of the lawsuit which have been, could have been, or should have been, asserted by any party are, therefore, hereby dismissed with prejudice.  The parties have agreed to bear their own attorneys' fees and costs.

Respectfully submitted this 28th day of April, 2010.

| | |
|---|---|
| s/  Paul R. Franke, III | s/   Steven N.H. Wood |
| Attorney for Plaintiffs/Cross-Defendants | Attorney for Defendants/Cross-Claimants |
| Email:  pfranke@fgll-law.com | Email:  wood@wcjuris.com |
| Franke Greenhouse  List & Lippitt, LLP | Bergquist, Wood & Anderson, LLP |
| 1228 Fifteenth Street, 2nd Floor | 1470 Maria Lane, Suite 300 |
| Denver, CO  80202 | Walnut Creek, CA  94596 |
| Phone: (303) 623-4500 | Phone: (925) 938-6100 |

1  Tomio B. Narita (SBN 156576)
   *Local Counsel for Plaintiffs/Cross-Defendants*
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104
   Phone:  (415) 283-1000
4  Email:  tnarita@snllp.com



-3-

STIPULATION FOR DISMISSAL WITH PREJUDICE